

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00643-CV

JOSEPH GLASS AND HILDEGARD GLASS, Appellants

V.

MILES GILBERT D/B/A MG SHEET METAL WORKS, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County. (Tr. Ct. No. 1013437).

**TO THE COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 25th day of June 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on May 28, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment that granted summary judgment on the breach of contract and unjust enrichment claims. Accordingly, the Court **reverses** this portion of the trial court's judgment.
>
> The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court further **remands** the case to the trial court for further proceedings.

The Court **orders** that appellate costs are assessed against each party incurring same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 25, 2015.

Panel consists of Justices Jennings, Bland, and Brown. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 14, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

